# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHRISTINE J. RABIDEAUX,

      Plaintiff,

  v.                              Case No.09-C-680

CLEAN POWER and
DETECTIVE BARTELS,
      Defendants.

## DECISION AND ORDER

      Plaintiff Christine Rabideaux brought this pro se complaint claiming defendant Clean Power discriminated against her by terminating her employment based on race and disability and that defendant Detective Bartels wrongfully arrested her. Plaintiff moved to proceed in forma pauperis. Magistrate Judge Aaron E Goodstein screened the complaint and granted the motion with respect to plaintiff's wrongful arrest claim, but warned that the remainder of plaintiff's claims would be dismissed unless plaintiff provided an amended complaint curing certain deficiencies. Plaintiff failed to amend her complaint, and Magistrate Judge Goodstein recommended dismissal of the claims. Plaintiff does not object to the recommendation. Therefore, I will adopt the recommendations and dismiss all of plaintiff's claims except for the wrongful arrest claim.

      For the above reasons,

      **IT IS ORDERED** that the recommendation of the Magistrate Judge is adopted, and plaintiff's discrimination and defamation claims are **DISMISSED**.

**IT IS FURTHER ORDERED** that defendant Clean Power is **DISMISSED** from this action.

Dated at Milwaukee, Wisconsin this 12 day of November, 2009.

/s_____
LYNN ADELMAN
District Judge